**ORIGINAL**

1  Robert J. Curtis, Esq. #144270
   Dina Y. Nam, Esq. #238920
2  CURTIS LAW GROUP
   19700 Fairchild Road, Suite 380
3  Irvine, California 92612
   Telephone: (949) 955-2211
4  Facsimile: (949) 955-2217

5  Attorneys for Plaintiff,
   NEW CENTURY MORTGAGE CORPORATION
6

7                    UNITED STATES BANKRUPTCY COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  In re:<br>    Arthur H. Skola,<br>10<br>    Debtor<br>11<br>12<br>13<br>    New Century Mortgage Corporation<br>14<br>              Plaintiff,<br>15<br>    v.<br>16<br>    Arthur H. Skola, dba Allegiance Financial<br>17  Services, Inc., and Allegiance Financial<br>    Services, Inc,<br>18<br>              Defendants. | Bankruptcy Case Number: 05-13544-JH7<br><br>Chapter 7<br><br>*Assigned for all purposes to Judge John Hargrove*<br><br>Adversary Case Number: 06-90115-JH<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

20

21  **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

22          **PLEASE TAKE NOTICE** that effective immediately, Curtis Law Group's new address

23  will be as follows:

24                              CURTIS LAW GROUP
25                          19700 Fairchild Road, Suite 380
                                   Irvine, CA 92612
26
    The telephone and facsimile numbers remain the same.
27

28
                                        1

1 | Dated: May 8, 2006

CURTIS LAW GROUP

Robert J. Curtis, Esq.
Dina Y. Nam, Esq.
Attorneys for New Century Mortgage Corporation

2

CURTIS LAW GROUP
ATTORNEYS AT LAW

NOTICE OF CHANGE OF ADDRESS

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and a party to the within action. My business address is 19700 Fairchild Road, Suite 380, Irvine, CA 92612.

On the date indicated below, I served the following document(s), which is (are) described as follows:

**- NOTICE OF CHANGE OF ADDRESS**

on the parties or attorneys for parties in this action addressed as follows. (If more than one means of service is checked, the means of service used for each party is indicated.)

> **Arthur H. Skola**
> **9320 Hazard Way, Ste A-1**
> **San Diego, CA 92123**
>
> **Micah Stowe**
> **Allegiance Financial Services, Inc.**
> **9320 Hazard Way, Ste A-1**
> **San Diego, CA 92123**

____ **BY PERSONAL SERVICE.** I caused a true and correct copy of the aforementioned document(s) to be personally served by giving same to a representative of _____, for same day service. A completed PROOF OF HAND DELIVERY (CCP §§ 1011, 2015.5) is to be returned to this office for filing with the Courts as required.

____ **BY FACSIMILE TRANSMISSION.** I caused a true and correct facsimile machine transmission to the facsimile number listed next to the above stated person(s)' name. Upon completion of said facsimile transmission the transmitting machine issued a transmission report showing the transaction was complete and without error.

__X__ **BY MAIL.** I placed a true and correct copy of the aforementioned document(s) in a sealed envelope individually addressed to each of the parties and caused each such envelope to be deposited with the U.S. Postal Service and/or picked up by an authorized representative, on the same day with fees fully prepaid at Irvine, California, in the ordinary course of business.

____ **BY OVERNIGHT DELIVERY** by placing a true and correct copy of the aforementioned document(s) in a sealed FEDEX envelope with delivery fees paid or provided for, in a designated area of outgoing mail, addressed as set forth above.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Irvine, California, on May 9, 2006

Tarere Orng